**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ROAM LOGISTICS INC., a Nevada Corporation,<br><br>Plaintiff,<br>v.<br><br>VISION CONTRACT MANUFACTURING, a North Carolina Limited Liability Company; TOV FURNITURE, INC., a New York Corporation; RENEGADE FURNITURE GROUP, INC., a New York Corporation and DOES I-X, inclusive;<br><br>Defendants. | Case No.: 3:26-cv-00427-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION AND REPLY TO PLAINTIFF'S OPPOSITION**<br><br>**(FIRST REQUEST)** |

Plaintiff Roam Logistics, Inc., and Defendants TOV Furniture, Inc. ("TOV") and Renegade Furniture Group, Inc. ("Renegade" and collectively with TOV "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

The Parties agree to extend the deadline for Plaintiff to file its opposition to Defendants' Motion to Dismiss from August 28, 2026, to September 4, 2026.

WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel: (775) 688-3000

The Parties further agree to allow Defendants to file their replies to Plaintiff's opposition by September 11, 2026.

This is the Parties' first request for an extension of time of these deadlines.

These extensions are made in good faith and not for dilatory purposes. Counsel for Defendants had a pre-planned trip during the original briefing period, and an extended briefing period will help accommodate such pre-planned travel.

The Parties respectfully request that the Court approve this stipulation to extend the deadlines for Plaintiff to file its opposition to Defendants' Motion to Dismiss to **September 4, 2026**, and for Defendants to file their replies to **September 11, 2026**.

DATED this 19th day of August, 2026

WOODBURN AND WEDGE

By: */s/ Scott S. Hoffmann*
Scott S. Hoffmann, Esq. [NSB 8498]
Shay Wells, Esq. [NSB 12130]
Jose A. Tafoya, Esq. [NSB 16011]
6100 Neil Road, Suite 500
Reno, Nevada 89511
shoffmann@woodburnandwedge.com

Attorneys for Plaintiff, Roam Logistics Inc.

DATED this 19th day of August, 2026

LAW OFFICES OF AMY N. TIRRE, P.C.

By: */s/ Amy N. Tirre*

Amy N. Tirre, Esq. [NSB 6523]
1495 Ridgeview Dr., Ste. 90
Reno, NV 89519
amy@amytirrelaw.com

Attorneys for Defendants TOV Furniture, Inc. and Renegade Furniture Group, Inc.

**IT IS SO ORDERED.**

DATED this 20th day of August, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE